IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KOREY B. ALEXANDER,

   Petitioner/Defendant,

   v.

UNITED STATES OF AMERICA,

   Respondent/Plaintiff.

Case No. 21-cv-01273-JPG

### **MEMORANDUM AND ORDER**

    Before the Court is the Government's Motion for Order Authorizing Criminal Defense Attorney to Provide Written Response (Doc. 3). Previously, this Court found that petitioner's §2255 motion raised allegations of ineffective assistance of counsel and ordered the Government to respond. Petitioner was represented by Brian Trentman with respect to the allegations in the §2255 motion.

    In light of the Seventh Circuit's decision in *United States v. Evans*, 113 F.3d 1457 (7th Cir. 1997), an order from the Court specifically finding that petitioner's allegations have waived the otherwise applicable attorney/client privilege and authorizing Mr. Trentman to respond is necessary. In *Evans*, in addressing whether the attorney/client privilege had been waived in circumstances different from those presented in this case, the Seventh Circuit noted that the "most prudent course" for a defense attorney to take before disclosing confidential communications and other information—even if they attorney believed that a waiver of the privilege had clearly occurred—is to secure an administrative or judicial determination that the disclosure would not violate the attorney client privilege. *Id*. at 1468.

1

**IT IS ORDERED** that the Government's motion be and is hereby **GRANTED.** The Court **FINDS** that petitioner's allegations of ineffective assistance of counsel on the part of Mr. Trentman operate as a waiver of the attorney/client privilege as to those allegations.

**IT IS FURTHER ORDERED** that Mr. Trentman is authorized to provide a response addressing petitioner's allegations of ineffective assistance of counsel in petitioner's §2255 motion.

**IT IS SO ORDERED.**
**Dated: February 23, 2022**

                                          /s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**