UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KOREY B. ALEXANDER,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 21-cv-1273-JPG
Criminal No 19-cr-40085-JPG-7

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Korey B. Alexander's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Korey B. Alexander, and that this case is dismissed with prejudice.

**DATED: October 25, 2022**　　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**